# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **GLOBAL BUILDING PRODUCTS LTD.; GLOBAL BUILDING PRODUCTS (12) LTD.; GLOBAL BUILDING PRODUCTS (17) LTD.** and **FSR TREATMENT, INC.**, all Canadian corporations,<br><br>Plaintiffs,<br><br>v.<br><br>**CHEMCO, INC., CHEMCO ACQUISITION CORPORATION;** and **VERDANT WOOD TECHNOLOGIES, INC.**, all Washington corporations,<br><br>Defendants. | Case No. 12-cv-01017-RSM<br><br>**PRAECIPE TO PLAINTIFFS' PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD**<br><br>**(CLERK'S ACTION REQUIRED)** |

TO: THE CLERK OF THE COURT

AND TO: CHARLES E. NEWTON AND MARK J. LEE, Attorneys for Defendants

PLEASE TAKE NOTICE that on June 12, 2012, pursuant to Chapter II of the Federal Arbitration Act, 9 U.S.C. § 201 *et seq.*, and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 21 U.S.T. 2517, T.I.A.S. No. 6997, 300 U.N. 38, Plaintiffs filed a petition for an order confirming a final arbitration award, Dkt. No. 1, (the "Petition") and the Memorandum in support of the Petition, Dkt. No. 2. Plaintiffs filed the Petition without noting a hearing date. Service of the Petition and supporting documents was effected on June 13, 2012.

**PRAECIPE TO PLAINTIFFS' PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD** - 1
Case No. 12-cv-01017-RSM

71808286.1 0044067-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

1   Plaintiffs now file this Praecipe to properly note the Petition for consideration on the court's

2   motion calendar for **July 13, 2012**. Attached hereto is the first page of the Petition with the

3   noting date.

4

       DATED: June 25, 2012.       STOEL RIVES LLP

By: s/ Randolph C. Foster
By: s/Maren R. Norton
Randolph C. Foster, WSBA No. 15968
Maren R. Norton, WSBA No. 35435
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Fax: (206) 386-7500
Email: rcfoster@stoel.com
Email: mrnorton@stoel.com

Attorneys for Plaintiffs
Global Building Products Ltd., et al.

**PRAECIPE TO PLAINTIFFS' PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD** - 2
Case No. 12-cv-01017-RSM

71808286.1 0044067-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **GLOBAL BUILDING PRODUCTS LTD.; GLOBAL BUILDING PRODUCTS (12) LTD.; GLOBAL BUILDING PRODUCTS (17) LTD.** and **FSR TREATMENT, INC.**, all Canadian corporations,<br><br>Plaintiffs,<br><br>v.<br><br>**CHEMCO, INC., CHEMCO ACQUISITION CORPORATION;** and **VERDANT WOOD TECHNOLOGIES, INC.**, all Washington corporations,<br><br>Defendants. | Case No.<br><br>**PLAINTIFFS' PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD**<br><br>**NOTE ON MOTIONS CALENDAR: JULY 13, 2012** |

Pursuant to Chapter II of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 201 *et seq.*, and the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 21 U.S.T. 2517, T.I.A.S. No. 6997, 300 U.N. 38 (the "Convention"), Plaintiffs Global Building Products, Ltd., Global Building Products (12) Ltd., Global Building Products (17) Ltd and FSR Treatment, Inc., (collectively "Plaintiffs") petition the Court for an order confirming the June 8, 2012 final arbitration award that was issued in an international arbitration proceeding administered by the American Arbitration Association's International Centre for Dispute Resolution entitled: *Global Building Products, Ltd, et. al. v. Chemco, Inc., et. al*, Case No. 50 133 T 00265 11 (the "Final

**PLAINTIFFS' PETITION FOR ORDER TO CONFIRM ARBITRATION AWARD** - 1